THE PEOPLE OF THE STATE OF NEW YORK ex rel. JESSIE C. HAGY, Individually and as Executrix of ROBERT M. CHALMERS, Deceased, Respondent, *v.* NICHOLAS J. FAHRENKOPF, as Commissioner of Assessments of the City of Albany, et al., Appellants.

Argued October 7, 1938; decided October 25, 1938.

*Joseph J. Casey, Corporation Counsel,* for appellants. *Ernest B. Morris, William E. Woollard, John C. Watson* and *John C. Looby* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.